TED W. CASSMAN (CABN 98932)
  Email: cassman@achlaw.com
RAPHAEL M. GOLDMAN (CABN 229261)
  Email: goldman@achlaw.com
ARGUEDAS, CASSMAN, HEADLEY & GOLDMAN LLP
803 Hearst Avenue
Berkeley, CA 94710
510.845.3000 (phone)
510.845.3003 (fax)

*Attorneys for Defendant Wei Zou*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE COURTHOUSE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>WEI ZOU,<br><br>        Defendant. | Case No. 24-cr-00353-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

Defendant Wei Zou and the United States of America, by and between their undersigned attorneys, hereby stipulate and agree as follows:

1.    At the last hearing in this matter, the Court scheduled the trial to begin on May 3, 2027, and scheduled an interim status conference for June 24, 2026.  The Court ordered that Mr. Zou need not appear at the June 24, 2026 status conference unless the parties have reached an agreement to resolve the case and plan to consummate an agreement at the time of the hearing.

2.    Since the last hearing, the parties have continued to work cooperatively. The parties are engaged in discussions about resolving the case, but, in part because of the travel schedules of counsel, need additional time to complete those discussions.

Accordingly, the parties stipulate and agree through their respective counsel that the Pretrial Conference should be continued from June 24, 2026 at 10:00 a.m. to July 15, 2026 at 10:00 a.m.  The parties further stipulate and agree that time should be excluded under the Speedy Trial Act from June 24, 2026 to July 15, 2026 based upon the complexity of the case and the need for effective preparation of counsel.  *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii).

IT IS SO STIPULATED,

Dated:  June 11, 2026                    _____*/s/ Raphael M. Goldman*_____

Raphael M. Goldman
ARGUDAS, CASSMAN, HEADLEY & GOLDMAN LLP

Counsel for Wei Zou


Dated:  June 11, 2026                    CRAIG H. MISSAKIAN
United States Attorney


_____*/s/ Casey Boome*_____
CASEY BOOME
Assistant United States Attorney


# [PROPOSED] ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the Court hereby ORDERS that the next status conference is continued from June 24, 2026 at 10:00 a.m. to July 15, 2026 at 10:00 a.m.  It is further ordered that time is excluded under the Speedy Trial Act from June 24, 2026 to July 15, 2026 based upon the complexity of the case and the need for effective preparation of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii).

Mr. Zou need not appear at the July 15, 2026 hearing unless the parties have reached an agreement to resolve the case and plan to consummate an agreement at the time of the hearing.

IT IS SO ORDERED.


Dated: _____June 12_____, 2026

_____
Honorable D. Casey Pitts
United States District Court Judge